UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATSNET GUESH MRACH,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>                              Respondents. | Case No.:  26-cv-1676-JO-DEB<br><br>**MINUTE ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS [DKT. 1]** |

For the reasons stated at Dkt. 6, the Court GRANTS the habeas petition [Dkt. 1] and ORDERS as follows:

1. **Habeas Petition**: The Court GRANTS Petitioner's habeas petition [Dkt. 1].

2. **Release:** Respondents are ORDERED to release Petitioner by 5 p.m. on March 28, 2026.  Respondents must file a declaration confirming Petitioner's release by 5 p.m. on the following business day.

3. **Limitations on Removal and Redetention**: Respondents are ENJOINED from removing Petitioner from the United States or from this District, or from

1

redetaining her, unless the government has made concrete arrangements for her flight to Eritrea in the reasonably foreseeable future.  Respondents shall file a written declaration with this Court **at least 48 hours prior** to any redetention, confirming that they have satisfied the requirements above.

**IT IS SO ORDERED.**

Dated: March 27, 2026

_____
Honorable Jinsook Ohta
United States District Judge

2

26-cv-1676-JO-DEB